AKRON BAR ASSOCIATION *v.* OESTREICHER.

[Cite as Akron Bar Assn. *v.* Oestreicher (1990), 50 Ohio St. 3d 229.]

(No. 89-2175—Submitted February 14, 1990—Decided April 25, 1990.)

*Renner, Kenner, Grieve, Bobak, Taylor & Weber, Reese Taylor, Herman & Rowland, John F. Herman, Stark & Knoll Co., L.P.A.,* and *Richard W. Burke,* for relator.

*Cook, Davis & Briggs* and *R. David Briggs,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby suspended from the practice of law in Ohio for one year, this period to have commenced on July 19, 1989. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.